**Order entered September 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00966-CV

### BAYLOR SCOTT & WHITE HEALTH, ET AL., Appellants

### V.

### PATRICK ROUGHNEEN, M.D., ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14053**

## ORDER

Before the Court is appellants' September 12, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **September 26, 2018**.


/s/     ADA BROWN
          JUSTICE